**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PEAK PROPERTY AND CASUALTY
INSURANCE CORPORATION,

      Plaintiff,

v.                                                         Case No:   5:21-cv-596-GAP-PRL

BRANDT ALLI, MOHAMED
ZAINUL HANIFF and VERNA MAE
WAISOME,

      Defendants

---

**ORDER**

This cause comes before the Court on Plaintiff's Amended Motion for Default Declaratory Judgment (Doc. 27) filed May 5, 2022.

On May 25, 2022, the United States Magistrate Judge issued a report (Doc. 28) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.   The Court finds that:   (1) there is no liability coverage under the Peak Property

insurance policy available for liability claims resulting from the March 19, 2021, accident and, thus, no liability coverage benefits are owed by Peak Property and Casualty Insurance Corporation under the Policy to Brandt Alli, Mohamed Zainul Haniff, or Verna Mae Waisome; (2) that Peak Property has no duty to indemnify or defend Brandt Alli or Mohamed Zainul Haniff against liability claims connected to the accident; and (3) that there is no personal injury protection coverage afforded by the Peak Property policy to Defendants Brandt Alli, Mohamed Zainul Haniff, or Verna Mae Waisome.

3. The earlier original motion for default judgment (Doc. 24) is **DENIED as moot**.

4. The Clerk is directed to enter final default judgment in favor Plaintiff and against Defendant, and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 16, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party